UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-00760-WDK-JC | Date | January 15, 2025 |
| Title | G and G Closed Circuit Events LLC v. Lucille Yglesias et al | | |

PRESENT: **HONORABLE WILLIAM D. KELLER, UNITED STATES DISTRICT JUDGE**

| Lesbith Castillo | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                           None Present

**PROCEEDINGS:**   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT

The Court, having been notified by a Notice of Settlement [20] that the case settled, hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for fourteen (14) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

IT IS SO ORDERED.

_____ : _____

Initials of Deputy Clerk   lca

cc: